IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT NIXON, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00362-TES |
| | * |
| ANCHOR GLASS CONTAINER CORPORATION, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 9th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk